IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 23-0414

**IN THE MATTER OF N.Z.B. and T.K.B.,**

Youths in Need of Care.

**ORDER**

Upon consideration of Appellant's motion for extension of time, without objection, and good cause appearing,

IT IS HEREBY ORDERED that Appellant is granted an extension of time to and including November 16, 2023, within which to prepare, file, and serve Appellant's opening brief on appeal.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
November 13 2023